AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Albert C. Burgess, Jr. | ) | |
|---|---|---|
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    2:11-cv-1621-CMC |
| Warden FCI Marianna | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks is accepted. This petition is dismissed. The petitioner shall take nothing on his claim filed pursuant to Title 28 U.S.C. § 2241.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date:   September 15, 2011.                                             *CLERK OF COURT*

                                                                         s/H. Hillman
                                                                *Signature of Clerk or Deputy Clerk*